UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
UNITED STATES OF AMERICA,

 -v-

TIMOTHY WALLACE, et al.,

                Defendants.
------------------------------------------X

S1 20Cr0052-05(DLC)

ORDER

DENISE COTE, District Judge:

For the reasons set forth on the record on March 6, 2020, it is hereby

ORDERED that Timothy Wallace, the defendant, is detained pending trial pursuant to Tile 18, United States Code, Section 3142(g).

Dated:   New York, New York
         March 6, 2020

                              DENISE COTE
                              United States District Judge