UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    20cr52-5 (DLC)
            -v-                          :
                                         :    ORDER
TIMOTHY WALLACE,                         :
                                         :
                        Defendant.       :
                                         X
----------------------------------------

DENISE COTE, District Judge:

On May 12, 2021, defense counsel informed the Court that the defendant prefers that the May 20 change of plea occur via videoconference as opposed to in person, or by telephone if a videoconference is not available. The Court has been informed that it is not possible to arrange a videoconference with the defendant on that day or on any date near May 20. Accordingly, it is hereby

ORDERED that the proceeding is rescheduled for **May 20, 2021 at 12:00 PM** and shall take place by telephone. The dial-in credentials for the telephone conference are the following:

```
Dial-in:        888-363-4749
Access code:    4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:  New York, New York
        May 13, 2021

                                    _____
                                            Denise Cote
                                    United States District Judge